# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | **WAIVER OF DETENTION HEARING** |
| **EUGENIO LOPEZ HERNANDEZ** | § | Case No. 22 MJ 1186 |

Defendant **EUGENIO LOPEZ HERNANDEZ** is currently detained in the Southern District of Texas pending the above-styled cause of action. After careful consideration, Defendant wishes to waive the right to a detention hearing pursuant to Title 18 U.S.C. § 3142.

_____
Defendant

_____
Counsel for Defendant

DATE: _____June 18_____, 2022.