IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NO. 7:22-CR-01140 |
| EUGENIO LOPEZ HERNANDEZ | § § | |

### STATEMENT OF ACCEPTANCE OF RESPONSIBILITY

TO THE HONORABLE JUDGE TO SAID COURT:

NOW COMES, EUGENIO LOPEZ HERNANDEZ, defendant herein by and through his Attorney of Record, Eddie Lucio, and hereby accepts Count 2 as stated in the indictment.

WHEREFORE, PREMISES CONSIDERED, defendant prays that this Honorable Court accept this filing of statement of acceptance of responsibility.

Respectfully submitted,

**LAW OFFICE OF EDDIE LUCIO**
*/s/ Eddie Lucio*
Eddie Lucio
State Bar No. 00791145
Federal Id. No. 22009
834 E. Tyler
Brownsville, Texas 78520
Telephone: (956) 546-9400
Facsimile:  (956) 750-8807
Email: elucio@luciolaw.com
**COUNSEL FOR DEFENDANT
EUGENIO LOPEZ HERNANDEZ**

### CERTIFICATE OF SERVICE

This is to certify that on September 16, 2022 a true and correct copy of the foregoing was delivered to the involved parties, by the CM/ECF system.

*/s/ Eddie Lucio*
Eddie Lucio